UNITED STATES of America,
Plaintiff—Appellee,

v.

Pedro ARAUJO–QUINONEZ,
Defendant—Appellant.

No. 10–10073.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 14, 2010.*

Filed Jan. 5, 2011.

Bruce M. Ferg, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Geoffrey Thomas Cheshire, Assistant Federal Public Defender, Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Pedro Araujo–Quinonez appeals from the 50–month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(1)(B)(ii), and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Araujo–Quinonez contends that the district court procedurally erred by failing to grant a minor-role adjustment. The district court did not err by denying the adjustment. *See United States v. Cantrell*, 433 F.3d 1269, 1282–83 (9th Cir.2006).

Araujo–Quinonez also contends that the district court erred by not granting him a departure for aberrant behavior. Araujo–Quinonez's argument lacks merit. *See*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*United States v. Dallman*, 533 F.3d 755, 760–62 (9th Cir.2008).

**AFFIRMED.**

